# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Clairetha Walker,

    Plaintiff,

vs.

Charlotte Transit and Rhonda Williams,

    Defendants.

JUDGMENT IN A CIVIL CASE

3:09-cv-133-FDW

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 12, 2009 Order.

Signed: August 12, 2009

_____
Frank G. Johns, Clerk
United States District Court